**SHERIFF'S ENTRY OF SERVICE**

| | |
|---|---|
| Civil Action No. 07-1-2849-~~29~~ 42 | Superior Court [XX]  Magistrate Court [ ]<br>State Court [ ]  Probate Court [ ]<br>Juvenile Court [ ] |
| Date Filed 4/4/07 | Georgia, **Cobb** COUNTY |

Clyde Castleberry Co., Covington, GA 30015

Scott A. Northrop, Individually, and on behalf of his Siblings and as Court Appointed Administrator of the Estate of Juanita Northrop

Plaintiff

Attorney's Address
Richard W. Hendrix
Finch McCranie, LLP
225 Peachtree Street, NE
1700 South Tower
Atlanta, GA 30303

VS.

D C Trucking, Inc. and

Michael Morrow

Defendant

Name and Address of Party to be Served.

Dale Morgan, Owner
D C Trucking, Inc.
60 Indy Lane
Inman, SC 29349

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** [ ] I have this day served the defendant_____ personally with a copy of the within action and summons. & interrogatories

**NOTORIOUS** [ ] I have this day served the defendant_____ and Interrogatories _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of_____described as follows: age, about_____years; weight_____pounds; height, about_____feet and_____inches, domiciled at the residence of defendant.

**CORPORATION** [✓] Served the defendant **Dale Morgan** _____ a corporation by leaving a copy of the within action and summons **and interrogatories** with _____ in charge of the office and place of doing business of said Corporation in this County.
**DC Trucking Inc. 60 Indy Lane Inman**

**TACK & MAIL** [ ] I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** [ ] Diligent search made and defendant_____ not to be found in the jurisdiction of this Court.

This **7** day of **May**, 20 **07**.
Time **11:18 AM**

_Officer Dana Hendrix_
DEPUTY

SHERIFF DOCKET_____ PAGE_____